THE PEOPLE OF THE STATE OF NEW YORK ex rel. R. ED.
SCHOFIELD et al., Appellants, *v.* GEORGE SCHOONOVER et al.,
as Trustees of the Village of Port Jervis, et al., Respondents.

*People ex rel. Schofield* v. *Schoonover*, 47 App. Div. 278, affirmed.
(Argued March 28, 1901; decided April 16, 1901.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, made
January 9, 1900, which reversed a judgment of Special Term
striking from the assessment roll of the village of Port Jervis
an assessment against the relators for personal property and
confirmed the assessment.

*William A. Parshall* for appellants.

*John W. Lyon* for respondents.

Order affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON
and WERNER, JJ. Not sitting: CULLEN, J.

---

LIZZIE SCHNEE, Respondent, *v.* THE PEOPLE'S BUILDING, LOAN
AND SAVING ASSOCIATION, Appellant.

*Schnee* v. *People's B., L. & S. Assn.*, 37 App. Div. 633, affirmed.
(Submitted March 29, 1901; decided April 16, 1901.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
February 13, 1899, affirming a judgment in favor of plaintiff
entered upon a decision of the court at an Equity Term.

*Chester M. Elliott* for appellant.

*George L. Bachman* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON,
CULLEN and WERNER, JJ.